IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>HAROLD RIVERA-RODRIGUEZ, et al.<br>Defendants. | Criminal. NO. 97-082 (SEC) |

## UNITED STATES OF AMERICA'S MOTION TO WITHDRAW
## AUSA MYRIAM Y. FERNANDEZ AS COUNSEL OF RECORD

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

1. That as of November 28, 2006, Assistant U.S. Attorney Myriam Y. Fernández is no longer the prosecutor assigned to the prosecution of the above referenced case.

2. Assistant U.S. Attorney Dina Avila-Jimenez is now the lead counsel in the instant case.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of Myriam Y. Fernández as the attorney responsible for the prosecution of the instant case.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 4th day of December, 2006.

Rosa Emilia Rodríguez-Vélez
United States Attorney

s/ *Myriam Y. Fernández*
Myriam Y. Fernández
Assistant U.S. Attorney
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787) 766-6222

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel(s) of record.

      In San Juan, Puerto Rico this 4th day of December, 2006.

      s/ *Myriam Y. Fernández*
      Myriam Y. Fernández